


MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

KAMI Z. BARKER
Telephone: (212) 788-1202
Fax: (212) 788-0940
Fax Not For Service of Papers
kbarker@law.nyc.gov

# MEMO ENDORSED

March 5, 2008

By Facsimile Transmission

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl St., Room 640
New York, NY 10007

*[signature]* Colleen McMahon
3/6/08

Re:  Mazurkiewicz v. New York City Health and Hospital Corp.,
     et al.,
     08 Civ. 1567 (CM)
     Our File No.: 2008-006860

Dear Judge McMahon:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant, New York City Health and Hospital Corp. ("HHC") in the above-referenced action. I write to request that defendants' time to respond to the complaint be extended from March 10, to April 24, 2008. This is the defendant's first request for an extension of time. I have been unable to obtain Plaintiff *pro-se*'s consent to this request, as he has failed to provide defendants with a telephone number and is unlisted in the white pages.

    The requested extension of time is needed to permit a reasonable investigation of the allegations of the complaint. It will permit this office to gather relevant documents, interview potential witnesses, investigate the complaint's numerous allegations of discrimination occurring over four years ago, and thereafter prepare an appropriate response. It should be noted that the requested extension, if granted by the Court, will not require adjusting any other dates, as the Court has not yet scheduled any additional appearances.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

HONORABLE COLLEEN MCMAHON
United States District Judge
Mazurkiewicz v. New York City Health and Hospital Corp.
08 CIV 1567
March 5, 2008
Page 2

      Accordingly, defendants respectfully request an enlargement of defendants' time to respond to the complaint from March 10, to April 24, 2008.

      We thank the Court for its consideration of this request.

Respectfully submitted,

Kami Z. Barker
Assistant Corporation Counsel

cc:   Dariusz Wojciech Mazurkiewicz
      Plaintiff, *Pro-Se*
      87-05 89th Avenue, Apt. #A3
      Woodhaven, NY 11421-2599
(By Overnight Mail)