```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08
```

June 5, 2008

Chambers of the Honorable
Justice Colleen McMahon
500 Pearl Street, Room 640
New York, New York 10007
(212)805-6326

Kami Z. Barker
100 church Street, Rom 2-316
New York, New York 10007
(212)788-0367

**MEMO ENDORSED**

6/9/2008
Extension granted
CM

Re:   Dariusz Wojciech Mazurkiewicz v. New York Health and Hospitals Corp.
      Docket No.: 08 CV 01567 (CM)

Dear Justice McMahon,

I am appearing *pro se* in the above matter.

I have obtained consent from Ms. Kami Z. Barker, of counsel for the Corporation Counsel to extend my time to answer the Defendant's Motion to Dismiss for thirty days, or to July 7, 2008.

Your anticipated cooperation and kind attention is greatly appreciated.

*[signature]*
Dariusz Mazurkiewicz