UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARIUSZ WOJCIECH MAZURKIEWICZ,

                      Plaintiff,

    -against-                          **NOTICE OF APPEARANCE**

THE NEW YORK CITY HEALTH AND
HOSPITAL CORPORATION, BELLEVUE        08 CV 1567 (CM)
HOSPITAL CENTER, DIANA K. SANTOS,
VIRGINIA ALDRICH, NAIMAH
CASSANDRA SIMMONS,

                      Defendants.

        I, Donna A. Canfield, am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants THE NEW YORK CITY HEALTH AND HOSPITAL CORPORATION, and BELLEVUE HOSPITAL CENTER, in the above-captioned action. Please take notice that I am the present Assistant Corporation Counsel assigned to represent defendant in this action, and that all future filings, or other information, related to this action may be directed to me at the address below.

        Assistant Corporation Counsel Kami Z. Barker is no longer assigned to this matter. Accordingly, we respectfully request that any future correspondence or ECF notifications relating to this matter be addressed to me, and that Ms. Barker's name be removed as Lead Counsel on the Docket Sheet.

Dated:      New York, New York
              September 2, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel
                                          Attorney for Defendants
                                          100 Church Street, Room 2-107
                                          New York, New York 10007
                                          (212) 788-8703
                                          Fax: (212) 788-8877

By   _____
                                      Donna A. Canfield (DC2430)
                                      Assistant Corporation Counsel